1
2
3
4
5
6
7
8
9  UNITED STATES DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
10

11  BRANDY WYATT,                          Civil No. C08-5317FDB-JKA

12        Plaintiff,

13        vs.

14
    MICHAEL J. ASTRUE,                     ORDER
15  Commissioner of Social Security,

16
          Defendant

17

18        Based upon the stipulation of the parties, it is hereby ORDERED that the Defendant shall

19  have an extension to and including November 17, 2008, to file Defendant's answering brief. It is

20  further ORDERED that Plaintiff shall have to and including December 1, 2008, to file Plaintiff's

21
    Reply Brief.
22

23        DATED this 21st day of October, 2008.

24

25                                  _/s/ J. Kelley Arnold_
                                    UNITED STATES MAGISTRATE JUDGE
26

27

28  Page 1      ORDER- [3:08-CV-5317-FDB-JKA]

1

2  Presented by:

3  s/ L. Jamala Edwards
   L. JAMALA EDWARDS
4  Special Assistant U.S. Attorney
   Attorney for Defendant
5  701 Fifth Ave, Ste 2900, M/S 901
6  Seattle, WA   98104-7075
   Phone:  206-615-3749
7  Fax:      206-615-2531
8  jamala.edwards@ssa.gov

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28