# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRANDY WYATT,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant | Civil No. C08-5317FDB-JKA<br><br><br><br>ORDER |

Based upon the stipulation of the parties, it is hereby ORDERED that the Defendant shall have an extension to and including December 15, 2008, to file Defendant's answering brief. It is further ORDERED that Plaintiff shall have to and including December 29, 2008, to file Plaintiff's Reply Brief.

DATED this 14th day of November, 2008.


                                        */s/ J. Kelley Arnold*
                                      UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ L. Jamala Edwards
L. JAMALA EDWARDS
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Seattle, WA 98104-7075
Phone: 206-615-3749
Fax:     206-615-2531
jamala.edwards@ssa.gov