UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRANDY WYATT, | ) |
| | ) CIVIL NO. 08-5317 FDB |
| Plaintiff, | ) |
| | ) ORDER FOR EAJA FEES, COSTS AND |
| vs. | ) EXPENSES |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| | ) |

THIS MATTER having come on regularly before the undersigned upon stipulated motion of the parties, through their respective counsel, for an award of EAJA Fees, Costs, and Expenses and the Court agreeing that EAJA fees, costs, and expenses should be awarded, good cause having been shown, now, therefore, it is hereby

ORDERED that Plaintiff is hereby awarded EAJA fees of $3,012.92 and expenses of $19.89 pursuant to 28 U.S.C. §2412 and costs of $350.00 as set out at 28 U.S.C. §1920. The check for EAJA fees, costs and expenses should be made payable to Plaintiff's attorney Amy Gilbrough and mailed directly to Ms. Gilbrough at the address below.

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[C08-5317 FDB] - 1

Douglas, Drachler & McKee, LLP
1904 Third Ave. Suite 1030
Seattle, WA 98103
(206) 623-0900

DATED this 26th day of January, 2009

*[signature]*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

S/AMY M. GILBROUGH
AMY M. GILBROUGH,
Attorney for Plaintiff

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[C08-5317 FDB] - 2

Douglas, Drachler & McKee, LLP
1904 Third Ave. Suite 1030
Seattle, WA 98103
(206) 623-0900