# United States District Court

WESTERN DISTRICT OF WASHINGTON

BRANDY WYATT

v.

MICHAEL J. ASTRUE, Commissioner
of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5317FDB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the above captioned case be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. §405(g). Upon remand, the Commissioner shall comply with the specific instructions set forth in this Court's Order of **12/15/08**. Plaintiff is entitled to reasonable attorneys fees and cost, pursuant to 28 U.S.C. §2412(d), upon proper request to this Court.

January 28, 2009   BRUCE RIFKIN
Date               Clerk

                   *s/CM Gonzalez*
                   Deputy Clerk